PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
May 20, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

BRENT HOOTON,

    Defendant.

CASE NO. 2:21-mj-0084 CKD

SEALING ORDER

**UNDER SEAL**

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court. Notwithstanding this order, the Clerk's office may provide a copy of the application, arrest warrant and supporting affidavit to the U.S. Attorney's Office and to agents of the Federal Bureau of Investigation. The U.S. Attorney's Office may provide a copy of the arrest warrant and affidavit to the defense attorney in discovery, without further order of this Court, if federal criminal charges arise out of this investigation.

Dated: May 20, 2021

*/s/ Carolyn K. Delaney*
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE