HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hooton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT EDWARD HOOTON,<br><br>Defendant. | Case No. 2:21-cr-105-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: April 28, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Audrey Hemesath, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Brent Edward Hooton, that the status hearing currently set for April 28, 2022 at 9:30 be continued to July 14, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on April 28, 2022 at 9:30 a.m.

2. Mr. Hooton now moves to continue the status conference to July 14, 2022 at 9:30 a.m.

3. The government has discovered over 600 pages and various video and audio recordings to the defense. The government has also made available to the defense the seized electronic devices in this case for inspection.

4. The defense requires additional time to review the discovery; investigate and research

possible defenses; research potential pretrial motions; consult with Mr. Hooton; explore potential resolutions to the case; and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* U.S.C. § 3161(h)(7)(B)(iv).

6. The government does not object to the continuance.

7. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Hooton in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between April 28, 2022 and July 14, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Hooton

Date: April 21, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Audrey Hemesath*
Audrey Hemesath
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 22, 2022

Troy L. Nunley
United States District Judge