1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Hooton
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )  Case No.  2:21cr105-DAD
11                                    )
                  Plaintiff,          )  **STIPULATION AND ORDER TO CONTINUE**
12                                    )  **STATUS CONFERENCE AND EXCLUDE TIME**
                  vs.                 )
13                                    )  Date:   October 4, 2022
    BRENT EDWARD HOOTON,              )  Time:  9:00 a.m.
14                                    )  Judge: Hon. Dale A. Drozd
                  Defendant.          )
15   _____ )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17   Phillip A. Talbert, through Assistant United States Attorney Audrey Hemesath, counsel for

18   Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19   Baigmohammadi, counsel for Defendant Brent Edward Hooton, that the Court set a Status

20   hearing for October 4, 2022 at 9:00 a.m.

21          The parties specifically stipulate as follows:

22      1.  Time has previously been excluded until March 20, 2023.  ECF no. 26.

23      2.  On August 25, 2022, the instant matter was reassigned to the Honorable Dale A. Drozd.

24          ECF no. 27.

25      3.  The parties respectfully request a Status hearing be set for October 4, 2022 at 9:00 a.m.

26   //

27   //

28   //

Stipulation and [Proposed] Order to Continue          -1-                    *United States v. Hooton*,
Status Conference and Exclude Time                                           2:21-CR-105-TLN

1          Respectfully submitted,

2          HEATHER E. WILLIAMS
           Federal Defender
3
   Date: September 8, 2022          */s/  Hootan Baigmohammadi*
4                                    HOOTAN BAIGMOHAMMADI
                                     Assistant Federal Defender
5                                    Attorneys for Defendant
                                     Mr. Hooton
6

7

8  Date: September 8, 2022          PHILLIP A. TALBERT
                                     United States Attorney
9
                                    */s/ Audrey Hemesath*
10                                   Audrey Hemesath
                                     Assistant United States Attorney
11                                   Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue
Status Conference and Exclude Time                    -2-                    *United States v. Hooton,*
                                                                             2:21-CR-105-TLN

1

## O R D E R

2        The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5        IT IS SO ORDERED.

6   Dated:   **September 8, 2022**

7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28