1   Kresta Nora Daly, SBN 199689
2   **BARTH DALY LLP**
    PO Box F
3   Winters, California 95694
    Telephone: (916) 440-8600
4   Facsimile: (916) 440-9610
    Email: kdaly@barth-daly.com

5   Attorney for Defendant
    Brent Hooton

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 2:21-CR-00105-DAD

12          Plaintiff,
                                        **STIPULATION AND ORDER TO**
13      v.                              **CONTINUE STATUS CONFERENCE**

14  BRENT HOOTON,
                                        Judge: Honorable Dale A. Drozd.
15          Defendant.

16

17                          **STIPULATION**

18      1.      By previous order this case was set for status conference on October 25, 2022.

19      2.      By this stipulation, the defendant asks to move the status conference until January

20  10, 2023. The defendant asks to keep the February 14, 2023, trial status conference on calendar

21  and to exclude time between October 25, 2022, and March 20, 2023, [the trial date] under Local

22  Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24          (a)     Defense counsel was recently appointed and requires time to meet with Mr.

25  Hooton and obtain and review the discovery.

26          (b)     Defense counsel has yet to receive the file from prior counsel. Prior

27  counsel has been cooperative, however, prior counsel missed 1-2 weeks of work due to Covid and

28  subsequently was out of the office for previously scheduled time away from work. Defense

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

{00030813}

1   counsel believes prior counsel will return to work the week of October 24, 2022.

2            (c)      Counsel for defendant believes failure to grant the above-requested

3   continuance would deny them the reasonable time necessary for effective preparation, taking into

4   account the exercise of due diligence.

5            (d)      The government does not object to the continuance.

6            (e)      Based on the above-stated findings, the ends of justice served by

7   continuing the case as requested outweigh the interest of the public and the defendants in a trial

8   within the original date prescribed by the Speedy Trial Act.

9            (f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

10  § 3161, *et seq.*, within which trial must commence, the time period of October 25, 2022 through

11  March 20, 2023,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

12  [Local Code T4] because it results from a continuance granted by the Court at defendants' request

13  on the basis of the Court's finding that the ends of justice served by taking such action outweigh

14  the best interest of the public and the defendants in a speedy trial.

15

16  Dated:  October 21, 2022.                    Respectfully submitted,

17

18                                          By____/s/ Kresta Daly for_____
                                                 AUDREY HEMESATH
19                                               ASSISTANT UNITED STATES ATTORNEY

20

21  Dated:  October 21, 2022.
22

23                                          By____/s/ Kresta Daly_____
                                                 Kresta Daly
24                                               Attorney for Brent Hooton

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW

1

## **ORDER**

2

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3

The status conference of October 25, 2022, is vacated. A status conference is set for

4

January 10, 2023, at 9:30 a.m. The trial confirmation hearing previously set for February 14,

5

2023, at 9:30 a.m. and trial set for March 20, 2023 remain unchanged. The Court finds

6

excludable time through March 23, 2023, under Title 18, United States Code Section

7

3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that

8

the interests of justice are best served by granting the request and outweigh the interests of the

9

public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

10

IT IS SO ORDERED.

11

Dated:   **October 24, 2022**

12

UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA