Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Brent Hooton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00105-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| BRENT HOOTON, | |
| Defendant. | Judge: Honorable Dale A. Drozd. |

**STIPULATION**

1.      By previous order this case was set for status conference on February 14, 2023.

2.      By this stipulation, the defendant asks to move the status conference until March 14, 2023.

3.      The parties agree and stipulate, and request that the Court find the following:

   (a)      Defense counsel requires time to meet with Mr. Hooton and obtain and review the discovery.  Significant portions of the discovery are housed at the FBI office and cannot be produced to the defense.  This fact makes the reviewing of discovery more complicated and time consuming.

   (b)      Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

{00030813}

1       (c)    The government does not object to the continuance.

2       (d)    Based on the above-stated findings, the ends of justice served by
continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      (e)    Trial in this matter is set for June 12, 2023. Time has been excluded through that date by previous order of this Court.

Dated: February 1, 2023.          Respectfully submitted,

      By  /s/ Kresta Daly for
      AUDREY HEMESATH
      ASSISTANT UNITED STATES ATTORNEY

Dated: February 1, 2023.

      By  /s/ Kresta Daly
      Kresta Daly
      Attorney for Brent Hooton

Barth Daly LLP
Attorneys At Law

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of February 14, 2023, is vacated. A status conference is set for March 14, 2023. The Court previously excluded time through June 12, 2023, under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).) The Jury Trial and Trial Confirmation Hearing dates set by the court's December 16, 2022 order remain unchanged.

IT IS SO ORDERED.

Dated:   **February 13, 2023**                     _Dale A. Drozd_
                                                   UNITED STATES DISTRICT JUDGE