Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Brent Hooton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00105-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| BRENT HOOTON, | Judge: Honorable Dale A. Drozd. |
| Defendant. | |

**STIPULATION**

1. By previous order this case was set for status conference on March 14, 2023.

2. By this stipulation, the defendant asks to move the status conference until March 28, 2023. Time was previously excluded to trial date, June 12, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) The government has made available certain evidence housed at the FBI office. The defense requires additional time to review and consider that evidence.

    (b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    (c) The government does not object to the continuance.

    (d) Based on the above-stated findings, the ends of justice served by

{00030813}

continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

Dated:  February 23, 2023.              Respectfully submitted,

By     /s/ Kresta Daly for
       AUDREY HEMESATH
       ASSISTANT UNITED STATES ATTORNEY

Dated:  February 23, 2023.

By     /s/ Kresta Daly
       Kresta Daly
       Attorney for Brent Hooton

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of March 14, 2023, is vacated. The status conference will be reset for March 28, 2023 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 23, 2023**    _____
UNITED STATES DISTRICT JUDGE