PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-105-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| BRENT HOOTON, | DATE: December 5, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for December 5, 2023. ECF 84.

2. In light of a delay in defendant's PSR interview, and no objection by any party or the Probation Office, the parties respectfully request that the judgment and sentencing in this matter be continued to February 13, 2024, at 9:30am. The PSR schedule would be:

STIPULATION AND ORDER TO CONTINUE JUDGMENT
AND SENTENCING

1

| | |
|---|---|
| Judgment and Sentencing Date: | February 13, 2024 |
| Reply, or Statement of Non-Opposition: | February 6, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 30, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 23, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 16, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 2, 2024 |

IT IS SO STIPULATED.


Dated:  October 26, 2023                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ DENISE N. YASINOW
                                            DENISE N. YASINOW
                                            Assistant U.S. Attorney


Dated:  October 26, 2023                    /s/ KRESTA DALY
                                            KRESTA DALY
                                            Counsel for Defendant
                                            BRENT HOOTON

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING

2

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for December 5, 2023 is vacated and the sentencing hearing will now take place on February 13, 2024 at 9:30 a.m. The court adopts the parties' sentencing schedule as set forth in their stipulation. However, **absent a compelling showing of good cause, no further continuances of the sentencing hearing in this case, which was originally scheduled to take place on September 12, 2023, will be granted.**

IT IS SO ORDERED.

Dated:   **October 26, 2023**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE JUDGMENT
AND SENTENCING

3