Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Brent Hooton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00105-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| BRENT HOOTON, | |
| Defendant. | Judge: Honorable Dale A. Drozd. |

## STIPULATION

1.　　By previous order this case was set for sentencing on February 13, 2024.

2.　　By this stipulation, the defendant asks to move the sentencing until May 14, 2024.

3.　　The parties agree and stipulate, and request that the Court find the following:

　　(a)　　Defense counsel requires additional time to complete her mitigation investigation.

　　(b)　　Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　(c)　　The government does not object to the continuance.

　　(d)　　For reasons beyond the control of the parties, the draft PSR has not yet been filed.

{00030813}

1      4.     The parties ask the Court to adopt the following schedule:

2             The draft PSR shall be disclosed to counsel no later than April 2, 2024.

3             Informal objections shall be delivered to Probation and opposing counsel no later

4      than April 16. 2024.

5             The final PSR shall be disclosed April 23, 2024

6             Formal objections shall be filed no later than April 30, 2024

7             Reply or statement of non-opposition May 7, 2024

10     Dated:  February 8, 2024.                    Respectfully submitted,

12                                          By     /s/ Denise Yasinow
                                                    DENISE YASINOW
13                                                  ASSISTANT UNITED STATES ATTORNEY

15     Dated:  February 8, 2024.

17                                          By     /s/ Kresta Daly
                                                    Kresta Daly
18                                                  Attorney for Brent Hooton

**ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING and upon the stipulation of the parties it is ordered:

The sentencing set for February 13, 2024, is vacated.  Sentencing is reset for May 14, 2024.

The following disclosure schedule is adopted:

The draft PSR shall be disclosed to counsel no later than April 2, 2024.

    Informal objections shall be delivered to Probation and opposing counsel no later than April 16. 2024.

    The final PSR shall be disclosed April 23, 2024

    Formal objections shall be filed no later than April 30, 2024

    Reply or statement of non-opposition May 7, 2024

IT IS SO ORDERED.

Dated:   **February 8, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE