PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
DENISE N. YASINOW
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CR-00105-DAD |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| BRENT HOOTON, | |
| Defendant. | |

On or about June 27, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the guilty pleas entered by defendant Brent Hooton and the factual basis agreed to during the change of plea hearing, forfeiting to the United States the following property:

    a.    Blue Samsung, IMEI: 354649090980950 with galaxy pop socket.

Beginning on June 28, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Blake Hooton:  A notice letter was sent via certified mail to Blake Hooton at 2113 Del Pero Street, Marysville, CA 95901 on June 27, 2023.  Neither the certified mail envelope nor the PS Form 3811 (certified mail "green card" showing delivery of mail), were returned to the U.S. Attorney's office.

    b.    Kimberly B. Hooton:  A notice letter was sent via certified mail to Kimberly B. Hooton at 2113 Del Pero Street, Marysville, CA 95901 on June 27, 2023.  Neither the certified mail envelope nor the PS Form 3811 (certified mail "green card" showing delivery of mail), were returned to the U.S. Attorney's office.

    c.    Dylan Hooton:  A notice letter was sent via certified mail to Dylan Hooton at 2113 Del Pero Street, Marysville, CA 95901 on June 27, 2023.  Neither the certified mail envelope nor the PS Form 3811 (certified mail "green card" showing delivery of mail), were returned to the U.S. Attorney's office.

    d.    Dylan Hooton:  A notice letter was sent via certified mail to Dylan Hooton at 6034 Oleander Ln, Marysville, CA 95901 on November 2, 2023.  The certified mail envelope was returned on December 4, 2023, to the U.S. Attorney's office as "unclaimed."

    e.    Dylan Hooton, Blake Hooton, and Kimberly B. Hooton: A notice letter was sent via certified mail to Dylan Hooton, Blake Hooton, and Kimberly B. Hooton at 2113 Del Pero Street, Marysville, CA 95901 on November 2, 2023.  The certified mail envelope was returned on November 15, 2023, to the U.S. Attorney's office as "not deliverable as addressed, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Brent Hooton.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **September 25, 2024**

    */s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

(blank page)